**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Friede & Goldman, LLC f/k/a FGL Buyer, LLC d/b/a
Friede & Goldman, Ltd.

Appellate case number:      01-18-00409-CV

Trial court case number:     2016-29340

Trial court:              125th District Court of Harris County

      Relator, Friede & Goldman, LLC f/k/a FGL Buyer, LLC d/b/a Friede & Goldman, Ltd., has filed a petition for a writ of mandamus in this Court. Relator also has filed a "Motion for Emergency Order Staying Trial Court Discovery." The motion is **denied**.

      It is so ORDERED.

Judge's signature: <u>/s/ Russell Lloyd</u>
                  ☒ Acting individually    ☐ Acting for the Court

Date: <u>June 21, 2018</u>